ANDREW R. HADEN
Acting United States Attorney
SEAN VAN DEMARK
Assistant United States Attorney
Hawaii Bar No. 10288
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 546-7657

Attorneys for the United States

**SEALED**

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHANTAL HERNANDEZ,<br><br>Defendant. | Case No.: **23mj2882-JLB**<br><br>**MOTION TO FILE COMPLAINT AND ATTACHED STATEMENT OF FACTS, ARREST WARRANTS, AND RELATED PLEADINGS UNDER SEAL** |

The United States, by and through its counsel, Andrew R. Haden, Acting United States Attorney, and Sean Van Demark, Assistant U.S. Attorney, respectfully applies to this Honorable Court for an Order sealing the Complaint and Attached Statement of Facts, the Arrest Warrant, and this Motion and Order to Seal in the above-captioned matter until further notice. Disclosure of this information could compromise the arrest of this Defendant.

DATED: August 8, 2023              Respectfully Submitted,

ANDREW R. HADEN
Acting United States Attorney

/s/ *Sean Van Demark*
Sean Van Demark
Assistant U.S. Attorney