Marc Levinson
California State Bar No. 249322
Jessica Oliva
California State Bar No. 312435
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone: (619) 234-8467
marc_levinson@fd.org
jessica_oliva@fd.org

Attorneys for Defendant
HERNANDEZ

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.: 23CR1821-JES |
|---|---|
| Plaintiff, | Hon. James E. Simmons, Jr. |
| v. | |
| SHANTAL HERNANDEZ, | **JOINT MOTION TO CONTINUE MOTION IN LIMINE HEARING** |
| Defendant. | |

The Parties request that the motion in limine hearing in the above-mentioned case be continued from April 14, 2025, until May 5, 2025, at 10:00 a.m. The new date is confirmed to be acceptable with court staff. The Parties also request that the filing deadline for the motions in limine be pushed back to April 14, 2025, with responses due on or before April 21, 2025.

The Defense needs this additional time to complete discovery and prepare its motions in limine. The outstanding discovery issues will be addressed under separate cover in a motion to be filed on or before March 25, with a hearing to take place on the discovery issues on April 8 at 1:30 p.m.

Respectfully submitted,

Dated:  March 24, 2025         *s/ Marc Levinson*
                               Attorneys for Defendant HERNANDEZ
                               Email:  Marc_Levinson@fd.org

Dated:  March 24, 2025         *s/ Sean Van Demark*
                               Attorney for the United States
                               Email:  sean.van.demark@usdoj.gov

## CERTIFICATE OF AUTHORIZATION TO
## SIGN ELECTRONIC SIGNATURE

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court for the Southern District of California, I certify that the content of this document is acceptable to counsel for the Plaintiff and that I have obtained authorization from **Sean Van Demark**, AUSA to affix his electronic signature to this document.

> *s/ Marc S. Levinson*
> MARC S. LEVINSON
> Federal Defenders of San Diego, Inc.
> Marc_Levinson@fd.org