1  ADAM GORDON
   United States Attorney
2  ANDREW SHERWOOD
   Assistant United States Attorney
3  California Bar No. 342419
   New York Bar No. 4518106
4  United States Attorney's Office
   880 Front Street, Room 6293
5  San Diego, California 92101-8893
   Tel: (619) 546-9690
6  Email: andrew.sherwood@usdoj.gov
   Attorneys for Plaintiff
7  UNITED STATES OF AMERICA

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 23CR1821-JES |
|---|---|---|
| Plaintiff, | ) | **JOINT MOTION TO RELEASE MATERIAL WTINESS I.K.N.** |
| v. | ) | |
| SHANTAL HERNANDEZ, | ) | |
| Defendant. | ) | |

The plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Adam Gordon, United States Attorney, and Andrew Sherwood and Sean Van Demark, Assistant United States Attorneys, respectfully requests that the Court release material witness I.K.N. on this case. The case has resolved and I.K.N. is no longer needed as a material witness. Counsel for I.K.N. joins in this motion.

//

//

//

//

//

//

1  DATED: June 16, 2025				Respectfully submitted,

							ADAM GORDON
							United States Attorney

							*s/ Andrew Sherwood*
							ANDREW SHERWOOD
							SEAN VAN DEMARK
							Assistant U.S. Attorneys

*s/ Christian Ham*
Christian Ham
Attorney for I.K.N.