# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHANTAL HERNANDEZ,<br><br>Defendant. | No. 23cr1821-JES<br><br>**ORDER RELEASING MATERIAL WITNESS I.K.N.** |

On motion of the parties and with good cause shown, material witness I.K.N. is ordered released on this case.

Dated: June 16, 2025

_____
Hon. Jill L. Burkhardt
United States Magistrate Judge