# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>vs<br><br>Shantal Hernandez | CASE NUMBER  23-cr-01821-JES<br><br>**ORDER RELEASING MATERIAL WITNESS**<br><br>Booking No.  N/A |

On order of the United States ☐ District/ ☒ Magistrate Judge,   JILL L. BURKHARDT

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:

( ☐ Bond Posted/ ☒ Case Disposed / ☐ Order of Court).

**MATERIAL WITNESS**:  I.K.N.

**DATE OF ARRAIGNMENT**:  8/18/2025

JILL L. BURKHARDT
UNITED STATES DISTRICT/MAGISTRATE JUDGE
OR
JOHN MORRILL, Clerk of Court
by  A. Smith  619-557-6425

Crim-9 (Rev. 05-20)
Original

# Aishah Smith

**From:** CAS Releases
**To:** Aishah Smith
**Sent:** Monday, June 16, 2025 2:04 PM
**Subject:** Read: 23cr1821 MW Abstract

Your message

>   To: CAS Releases
>   Subject: [EXTERNAL] 23cr1821 MW Abstract
>   Sent: Monday, June 16, 2025 1:41:27 PM (UTC-08:00) Pacific Time (US & Canada)

 was read on Monday, June 16, 2025 2:03:23 PM (UTC-08:00) Pacific Time (US & Canada).